AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JASON J. MILLHOUSE,              )<br>                                                      )<br>         Plaintiff,                       )<br>                                                      )<br>v.                                              )<br>                                                      )    **JUDGMENT**<br>UNITED STATES OF AMERICA,  )    **CASE NO. 5:12CV-427-D**<br>                                                      )<br>         Defendant.                   ) | |

**Decision by the Court:**

   IT IS ORDERED AND ADJUDGED that the Court GRANTS the United States of America's Motion to Dismiss [D.E. 11] and DISMISSES the action for lack of subject-matter jurisdiction. The Clerk shall close the case.

   **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MAY 13, 2013** WITH A COPY TO:

Branch W. Vincent III (via CM/ECF electronic notification)
Christina A. Kelley (via CM/ECF electronic notification)


May 13, 2013                                         JULIE A. RICHARDS, Clerk
Date                                                        Eastern District of North Carolina

                                                                /s/ Debby Sawyer
                                                                (By) Deputy Clerk

Raleigh, North Carolina